IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KATHLEEN EDITH SOMMERS,
derivatively on behalf of FLIR Systems, Inc.,

       Plaintiff,

   v.

EARL R. LEWIS et al.,

       Defendants.

No. CV 07-1142-MO

JUDGMENT

**MOSMAN, J.,**

    Based on the Order of the court entered February 12, 2009 (#99) granting the Motion to Dismiss Amended Complaint by FLIR Systems, Inc.'s Current Board of Directors (#64),

    IT IS HEREBY ORDERED AND ADJUDGED that the above captioned matter is DISMISSED with prejudice. Pending motions, if any, are DENIED AS MOOT.

    DATED this __18th__ day of February, 2009.

                              /s/ Michael W. Mosman
                              MICHAEL W. MOSMAN
                              United States District Judge

PAGE 1 - JUDGMENT