**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 10 2009

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KATHLEEN EDITH SOMMERS, Derivatively on Behalf of FLIR Systems, Inc., <br><br> Plaintiff - Appellant, <br><br> v. <br><br> EARL R. LEWIS; et al., <br><br> Defendants - Appellees. | No. 09-35244 <br><br> D.C. No. 3:07-cv-01142-MO <br> District of Oregon, <br> Portland <br><br> ORDER |

Pursuant to the stipulation of the parties, this appeal is voluntarily dismissed with prejudice. Fed. R. App. P. 42(b). Costs and fees shall be allocated pursuant to the parties' stipulation.

A copy of this order sent to the district court shall act as and for the mandate of this court.

> For the Court:
> MOLLY C. DWYER
> Clerk of the Court
>
> Teresa A. Haugen, Deputy Clerk
> 9th Cir. R. 27-7/Advisory Note to R. 27
>      and 9th Cir. R. 27-10

tah/09.07.09/Pro Mo